FILED



*12:46 pm, 10/6/20*

**Margaret Botkins**
**Clerk of Court**

Darin B. Scheer (Bar #6-3558)
Mistee L. Elliott (Bar #6-3540)
Crowley Fleck PLLP
101 West Brundage Street
Sheridan, WY 82801
(307) 673-3000
dscheer@crowleyfleck.com
melliott@crowleyfleck.com
Attorneys for Defendants

## IN THE UNITED STATES DISTRUCT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ENPRO, LLC, | Civil Action Number 20-CV-188-NDF |
| Plaintiff, | |
| vs. | **CORPORATE DISCLOSURE STATEMENT** |
| ANDARKO E&P ONSHORE LLC and OCCIDENTAL PETROLEUM CORPORATION | |
| Defendants. | |

Pursuant to Fed.R.Civ.P. 7.1, Defendant Anadarko E&P Onshore LLC discloses that Occidental Petroleum Corporation is the parent company of Anadarko E&P Onshore LLC, and that Occidental Petroleum Corporation is a publicly traded company.

DATED this 6th day of October, 2020.

CROWLEY FLECK PLLP

By_____
Darin B. Scheer (Bar #6-3558)
Mistee L. Elliott (Bar #6-3540)
Crowley Fleck PLLP
101 West Brundage Street
Sheridan, WY 82801
(307) 673-3000
dscheer@crowleyfleck.com
melliott@crowleyfleck.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was delivered to the Court and served upon the following via U.S. mail this 6th day of October, 2020.

Ryan W. McGrath WSB #6-4487
400 South Douglas Highway
Gillette, WY 82716
(307) 686-3736
ryan@hhmattorneys.com

Andrew G. Deiss (pro hac vice pending)
Nicole A. Skolout (pro hac vice pending)
Deiss Law, PC
10 West 100 South, Suite 700
Salt Lake City, UT 84101
(801) 433-0226
adeiss@deisslaw.com
nskolout@deisslaw.com

Attorneys for Plaintiff

By _/s/ Jennifer Schulenberg_